**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C.P., and her parent and next friend, L.N., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:13cv63 |
| | § | Judge Clark/Judge Mazzant |
| KRUM INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 6, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Krum Independent School District's Motion for Judgment on the Administrative Record [Doc. #27] be granted, Plaintiffs' Motion for Judgment on the Administrative Record [Doc. #32] be denied, and Krum Independent School District's Motion to Strike Portions of Plaintiff's Response to the District's Motion for Judgment on the Administrative Record [Doc. #35] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is therefore **ORDERED** that Defendant Krum Independent School District's Motion for Judgment on the Administrative Record [Doc. #27] is **GRANTED,** Plaintiffs' Motion for Judgment on the Administrative Record [Doc. #32] is **DENIED**, and Krum Independent School District's Motion to Strike Portions of Plaintiff's Response to the District's Motion for Judgment on the Administrative Record [Doc. #35] is **DENIED.**

The court further **ORDERS** that this case is dismissed with prejudice.

So **ORDERED** and **SIGNED** this **17** day of **September, 2014.**

_____
Ron Clark, United States District Judge